### IIN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PENELOPE ZBRAVOS** | **Case No.: 4:22-CR-00028-CDL** |

### ORDER

Defendant was indicted on November 9, 2022, ECF No. 7, and arraigned on December 14, 2022, ECF No. 25.  A pretrial conference is currently scheduled for January 5, 2023.  The parties jointly ask to continue the pre-trial conference, and they ask that the trial be continued until the Court's September 2023 trial term.  Specifically, Government needs additional time to provide discovery; and Defendant needs additional time to review discovery, to discuss discovery and possible defenses with counsel, conduct any additional investigation, and to discuss a possible resolution.  IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for September 2023, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.  The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedier trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation.  18 U.S.C. §§ 3161(h)(7)(A)-(B).  The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this **30th** day of **December, 2022**.

S/Clay D. Land
_____
Clay D. Land, U.S. District Judge